O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE DEJESUS AKE,<br><br>    Petitioner,<br> v.<br><br>MARTIN D. BITER, Warden,<br><br>    Respondent. | Case No. EDCV 12-01215-JSL (OP)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections thereto. The Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

IT IS ORDERED that Judgment be entered: (1) accepting this Report and Recommendation; and (2) directing that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: April 11, 2013

_____
HONORABLE J. SPENCER LETTS
Senior United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge

2