JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE DEJESUS AKE, | Case No. EDCV 12-01215-JSL (OP) |
| Petitioner, | JUDGMENT |
| v. | |
| MARTIN D. BITER, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: April 11, 2013

*Spencer Letts*
HONORABLE J. SPENCER LETTS
Senior United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge